THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Donovan Stewart,       
Appellant.
 
 
 

Appeal From Aiken County
John W. Kittredge, Circuit Court Judge

Unpublished Opinion No. 2004-UP-312
Submitted February 20, 2004  Filed 
 May 12, 2004

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia, and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Donovan 
 Stewart pled guilty to failure to stop for a blue light and shoplifting.  Stewart 
 was sentenced to three years imprisonment for failure to stop, and five years 
 imprisonment suspended on the service of four years probation for shoplifting, 
 the sentences to run consecutively.  Pursuant to Anders v. California, 
 386 U.S. 738 (1967), Stewarts counsel attached a petition to be relieved.  
 Stewart filed a pro se response. 
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Stewarts appeal and grant counsels 
 petition to be relieved.
APPEAL DISMISSED. [1] 
GOOLSBY, HOWARD, and BEATTY, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215 and 220(b)(2), SCACR.